UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MEDIFAST, INC., a Delaware corporation,<br><br>    Plaintiff – Appellant – Cross-Appellee,<br><br>  and<br><br>BRADLEY MACDONALD,<br><br>    Plaintiff – Appellant,<br><br>v.<br><br>BARRY MINKOW, an individual; et al.,<br><br>    Defendants – Appellees. | CASE NO. 11-55687<br><br>**NOTICE OF DISPOSITION** |
| ROBERT L. FITZPATRICK, an individual,<br><br>    Defendant – Appellee – Cross-Appellant,<br><br>v.<br><br>MEDIFAST, INC., a Delaware corporation,<br><br>    Plaintiff – Appellant – Cross-Appellee. | CASE NO. 11-55699 |

PLEASE TAKE NOTICE, that this Court has disposed of the appeal in the action *Makaeff v, Trump University*, Appeal No. 11-55016, by Order Denying the Petition for Rehearing En Bank entered November 27, 2013. *Makaeff v, Trump University*, 736 F.3d 1180 (9th Cir. 2013). Mandate issued on December 10, 2013. [Dkt. No. 74.]

This cross-appeal was argued and submitted on March 5, 2013. [Dkt. No. 79.] Thereafter on May 20, 2013, the Court ordered the submission of the appeal vacated and deferred disposition of it pending disposition of the petition for rehearing en banc in *Makaeff*. [Dkt. No. 86.] Now that the Court has disposed of the *Makaeff* appeal, Appellees Barry Minkow and Fraud Discovery Institute, Inc., and Appellee – Cross Appellant Robert FitzPatrick respectfully request that this appeal be resubmitted for disposition.

Respectfully submitted,

Dated: March 17, 2014

MULVANEY BARRY BEATTY LINN & MAYERS LLP

By: /s/ John H. Stephens
_____
John H. Stephens
jstephens@mulvaneybarry.com
Stacy H. Rubin
srubin@mulvneybarry.com

Attorneys for Defendants – Appellees Barry Minkow and Fraud Discovery Institute, Inc.; and, Defendant – Appellee – Cross-Appellant Robert L. FitzPatrick

MINB.101.527445.1